# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**YVONNE ST CYR,**<br>    **Defendant.** | **Criminal Action No. 22-185 (JDB)** |

# ORDER

Per [33] the order of the Court of Appeals dated January 27, 2025, it is hereby **ORDERED** that the case is **DISMISSED AS MOOT**.  See United States v. Schaffer, 240 F.3d 35, 37–38 (D.C. Cir. 2001) (en banc).  The Clerk of Court is directed to terminate this case.

/s/
JOHN D. BATES
United States District Judge

Dated: January 28, 2025